| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Southern District of Texas (State) |
| Case number (If known): 19-_____   Chapter 11 |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  
Weatherford International, LLC

**2. All other names debtor used in the last 8 years**  
Weatherford International, Inc.

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
0 4 – 2 5 1 5 0 1 9

**4. Debtor's address**

Principal place of business:

2000 St. James Place  
Number / Street

Houston   TX   77056  
City / State / ZIP Code

Harris  
County

Mailing address, if different from principal place of business:

Number / Street  
City / State / ZIP Code

Location of principal assets, if different from principal place of business:

Number / Street  
City / State / ZIP Code

**5. Debtor's website (URL)**  
www.Weatherford.com

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor    Weatherford International, LLC                              Case number *(if known)* _____
         Name

**7.  Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

2  1  3  1

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 on a consolidated basis (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ A plan is being filed with this petition.
  - ☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____ MM / DD / YYY  Case number _____
        District _____  When _____ MM / DD / YYY  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.  Debtor  See Attached Schedule 1.          Relationship  Affiliates
        District  Southern District of Texas       When  07/01/19  MM / DD / YYY
        Case number, if known _____

Debtor   Weatherford International, LLC                              Case number (if known) _____
         Name

| 11. | Why is the case filed in *this district*? | Check all that apply: |
|---|---|---|
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | | What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other _____ |
| | | **Where is the property?** _____ |
| | | Number   Street |
| | | _____ |
| | | City                                    State    ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No. |
| | | ☐ Yes. Insurance agency _____ |
| | | Contact name _____ |
| | | Phone _____ |

### Statistical and administrative information

| 13. | Debtor's estimation of available funds | Check one: |
|---|---|---|
| | | ☒ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. | Estimated number of creditors | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | *Consolidated for all Debtors | ☒ 200-999 | | |

| 15. | Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | *Consolidated for all Debtors | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Weatherford International, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☒ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

*Consolidated for all Debtors

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/01/2019
              MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Christoph Bausch
Printed name

Title  Authorized Signatory

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  07/01/2019
      MM / DD / YYYY

Timothy A. ("Tad") Davidson II
Printed Name

Hunton Andrews Kurth LLP
Firm name

600     Travis Street, Suite 4200
Number    Street

| Houston | TX | 77002 |
|---|---|---|
| City | State | Zip Code |

713-220-4200                         TadDavidson@HuntonAK.com
Contact phone                        Email address

24012503                             Texas
Bar number                           State

## SCHEDULE 1

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "**Debtors**"), filed a petition with this Court for relief under chapter 11 of the Bankruptcy Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Debtor Name |
| --- |
| Weatherford International Ltd. |
| Weatherford International plc |
| Weatherford International, LLC |

## WEATHERFORD INTERNATIONAL, LLC

### RESOLUTIONS ADOPTED BY
### SOLE MEMBER

#### July 1, 2019

On this 1st day of July, 2019, the undersigned, being the sole member (the "**Sole Member**") of Weatherford International, LLC, a Delaware Limited Liability Company (the "**Company**," and, together with Weatherford International plc and Weatherford International Ltd., the "**Companies**"), hereby consents in writing, pursuant to the provisions of applicable law, based on the advice of the Company's professionals and advisors, and after thorough discussions, to taking the following actions and adopting the following resolutions:

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Sole Member it is desirable and in the best interests of the Company, its creditors and the Sole Member that the Company seek relief under the provisions of Chapter 11, Title 11 of the United States Code (the "**Bankruptcy Code**"); and it is further

**RESOLVED**, that the Company is hereby authorized, and each "**Authorized Governing Person**" (as defined below) shall be, and hereby is, authorized and directed on behalf of the Company, to commence a case under Chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**") by executing, verifying and delivering a voluntary petition in the name of the Company under Chapter 11 of the Bankruptcy Code and causing the same to be filed with the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**") in such form and at such time as the Authorized Governing Person executing said petition shall determine; and it is further

**RESOLVED**, that the Company is authorized, and each Authorized Governing Person shall be, and hereby is, authorized and directed on behalf of the Company, to seek to have its Chapter 11 Case jointly administered by the Bankruptcy Court with the separate cases commenced by the other Companies under Chapter 11 of the Bankruptcy Code (the respective Chapter 11 Case together with such other separate cases, the "**Chapter 11 Cases**"); and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Governing Person shall be, and hereby is, authorized, on behalf of and in the name of the Company, to the extent applicable, to obtain the use of cash collateral, in such amounts and on such terms as may be agreed by any Authorized Governing Person, including the grant of replacement liens or other adequate protection, as is reasonably necessary for the continuing conduct of the affairs of the Company; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Governing Person shall be, and hereby is, authorized, on behalf of and in the name of the Company, to enter into such forbearance agreements, waivers, amendments or modifications, or other supplements relating to the Company's existing indebtedness as may be deemed necessary or appropriate by such Authorized Governing Person;

**RESOLVED**, that the Company is authorized, and each Authorized Governing Person shall be, and hereby is, authorized, on behalf of and in the name of the Company, to the extent applicable, to enter into and seek authority from the Bankruptcy Court to enter into and/or assume any restructuring support or similar agreements in connection with the Chapter 11 Cases and to enter into, and/or seek approval of, any agreements, documents or instruments related thereto; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Governing Person shall be, and hereby is, authorized and empowered, with full power of delegation, on behalf of and in the name of the Company, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on their behalf as provided herein), and to amend, supplement or otherwise modify from time to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, motions, lists, applications, pleadings and other documents, agreements and papers, including all loan agreements, notes, guaranties, security agreements, pledge agreements and all other documents, agreements or instruments (collectively, the "**Credit Documents**"), and to take any and all actions that the Authorized Governing Person deems necessary or appropriate, each in connection with the Chapter 11 Cases, any post-petition financing or any cash collateral usage contemplated hereby or thereby; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Governing Person shall be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to employ and retain the law firms of Latham & Watkins LLP and Hunton Andrews Kurth LLP to act as attorneys, Alvarez & Marsal North America LLC to act as financial advisors, and Lazard Frères & Co. LLC to act as investment banker for the Company in connection with the Chapter 11 Cases; and it is further

**RESOLVED**, that the Company is hereby authorized, and each Authorized Governing Person shall be, and hereby is, authorized and empowered, on behalf of and in the name of the Company, to employ and retain such further legal, restructuring, financial, accounting and bankruptcy services firms (together with the foregoing identified firms, the "**Professionals**") as may be deemed necessary or appropriate by the Authorized Governing Person to assist the Company in carrying out its responsibilities in the Chapter 11 Cases and achieving a successful reorganization; and it is further

**RESOLVED**, that each Authorized Governing Person be, and hereby is, authorized, with full power of delegation, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and to amend, supplement or otherwise modify from time to time, all such further agreements, documents, certificates, statements, notices, undertakings and other writings, and to incur and to pay or direct payment of all such fees and expenses, as in the judgment of the Authorized Governing Person shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any officer of the Company or any of the Professionals in connection with the Chapter 11 Case or any proceedings

related thereto, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company; and it is further

**RESOLVED**, that any and all actions, whether previously or subsequently taken by any Authorized Governing Person or any other person authorized to act by an Authorized Person, that are consistent with the intent and purpose of the foregoing resolutions or in connection with any matters referred to herein, shall be, and the same hereby are, in all respects, ratified, approved and confirmed; and it is further

**RESOLVED**, that for the purposes of these resolutions, the term "**Authorized Governing Person**" shall mean and include Christine M. Morrison and Christoph Bausch; and it is further

**RESOLVED**, that to the extent of any inconsistency between the terms of these Resolutions Adopted by Unanimous Written Consent and the limited liability company agreement of the Company (the "**LLC Agreement**"), the terms of these Resolutions Adopted by Unanimous Written Consent shall control and the LLC Agreement shall be amended hereby; and it is further

**RESOLVED**, that these Resolutions Adopted by Unanimous Written Consent shall be governed by the laws of the State of Delaware (without regard to conflict of laws principles).

**IN WITNESS WHEREOF**, the undersigned has executed this consent effective as of the date first set forth above.

SOLE MEMBER:

**WEATHERFORD U.S. HOLDINGS, L.L.C.**

By: _____
Name: Christine M. Morrison
Title: Vice President

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | § | |
|---|---|---|
| In re: | § | Case No. 19-_____ |
| | § | |
| WEATHERFORD INTERNATIONAL PLC, *et al.*, | § | Chapter 11 |
| | § | |
| | § | |
| Debtors.[1] | § | Joint Administration Pending |
| | § | |

## CONSOLIDATED LIST OF CREDITORS WHO HAVE THE 30 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby certify that the *Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* submitted herewith contains the names and addresses of the Debtors' top 30 unsecured creditors. The list has been prepared from the unaudited books and records of the Debtors. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 cases. The list does not include (i) persons that come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. Moreover, nothing herein shall affect the Debtors' rights to challenge the amount or characterization of any claim at a later date. The failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' rights to contest the validity, priority and/or amount of any such claim.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Weatherford International plc (6750); Weatherford International Ltd. (1344); and Weatherford International, LLC (5019). The location of the Debtors' main corporate headquarters and the Debtors' service address is: 2000 St. James Place, Houston, TX 77056.

Fill in this information to identify the case:

Debtor Name Weatherford International, LLC

United States Bankruptcy Court for the: Southern District of Texas, Houston Division

Case number (if known): 19-___

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Deutsche Bank Trust Company Americas<br>60 Wall Street, 24th Floor<br>Mail Stop: NYC60-2407<br>New York, NY 10005 | Irina Golovashchuk, CCTS, Vice President<br>Phone: 201-593-3533<br>Fax: 732-578-4635<br>Email: Irina.Golovashchuk-ctas@db.com | Bond Debt | | $7,427,067,000.00 | | $7,427,067,000.00 |
| 2 | Black Horse, LLC<br>Squire Patton Boggs (US) LLP<br>6200 Chase Tower, 600 Travis Street<br>Houston, TX 77002 | Greg R. Wehrer<br>Email: greg.wehrer@squirepb.com | Litigation | Contingent, Unliquidated, Disputed | Undetermined | | Undetermined |

Debtor  Weatherford International, LLC
         Name

Case number (if known) 19-____

| # | Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 3 | Atlantis Tax Management, Inc. Dehay & Elliston, LLP 901 Main Street, Suite 3500 Dallas, TX 75202 | Kurt W. Greve Phone: 214-210-2400 Fax: 214-210-2500 Email: dallas@dehay.com | Litigation | Contingent, Unliquidated, Disputed | Undetermined | | Undetermined |
| 4 | Marc Bruscoe Goldstein, Heslop, Steele, Clapper, Oswalt & Smith 414 N. Logan Boulevard Altoona, PA 16602-1749 | Nathaniel B. Smith, Esquire Phone: 814-946-9105 Fax: 814-201-6845 | Litigation | Contingent, Unliquidated, Disputed | Undetermined | | Undetermined |
| 5 | Terry Neff Kendall Law Group 3232 McKinney Avenue, Suite 700 Dallas, TX 75204 Robbins' Arroyo LLP 600 B Street, Suite 1900 San Diego, CA 92101 | Joe Kendall, Jamie J. McKey George C. Aguilar Phone: 214-744-3000; 619-525-3990 Fax: 214-744-3015 Email: jkendall@kendalllawgroup.com; gaguilar@robbinsarroyo.com | Litigation | Contingent, Unliquidated, Disputed | Undetermined | | Undetermined |
| 6 | Iron Workers Mid-South Pension Fund Kendall Law Group 3232 McKinney Avenue, Suite 700 Dallas, TX 75204 Robbins' Arroyo LLP 600 B Street, Suite 1900 San Diego, CA 92101 | Joe Kendall, Jamie J. McKey George C. Aguilar Phone: 214-744-3000; 619-525-3990 Fax: 214-744-3015 Email: jkendall@kendalllawgroup.com; gaguilar@robbinsarroyo.com | Litigation | Contingent, Unliquidated, Disputed | Undetermined | | Undetermined |

Debtor  Weatherford International, LLC
Name

Case number (if known) 19-_____

| Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 Packers Plus Energy Services, Inc.<br>Bereskin & Parr LLP<br>Scotia Plaza, 40th Floor, 40 King Street West<br>Toronto, ON M5H 3Y2<br>Canada | Robert H.C. Macfarlane, Joshua W. Spicer<br>Phone: 416-364-7311<br>Fax: 416-361-1398<br>Email: rmacfarlane@bereskinparr.com;<br>jspicer@bereskinparr.com | Litigation | Contingent, Unliquidated, Disputed | Undetermined | | Undetermined |
| 8 Rapid Completions LLC<br>Caldwell Cassady & Curry P.C.<br>2101 Cedar Springs Rd.<br>Suite 1000<br>Dallas, TX 75201 | Bradley W. Caldwell, Jason D. Cassady, John Austin Curry, Justin Nemunaitis<br>Phone: 214-888-4849<br>Fax: 214-888-4848<br>Email: bcaldwell@caldwellcc.com; jcassady@caldwellcc.com; acurry@caldwellcc.com; jnemunaitis@caldwellcc.com | Litigation | Contingent, Unliquidated, Disputed | Undetermined | | Undetermined |
| 9 Oferv Nigeria Limited<br>No. 3 Floor Front Wing, Okoi Arikpo House<br>5, Idowu Taylor Street<br>Victoria Island, Lagos<br>Nigeria | Ms. Nkiru Oyenekwe | Litigation | Contingent, Unliquidated, Disputed | Undetermined | | Undetermined |
| 10 Ronnie Mahan<br>Brockett & Mcneel LLP<br>TGAA Tower, 24 Smith Rd, Suite 400<br>PO Box 1841<br>Midland, TX 79702-1841 | John M. Kash, C.H. Brockett, Jr., Ryan Mneel<br>Phone: 432-686-7743<br>Fax: 432-683-6229 | Litigation | Contingent, Unliquidated, Disputed | Undetermined | | Undetermined |

Debtor  Weatherford International, LLC
             Name

Case number (if known) 19-___

| Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 11 Derrick Guilbeau<br>Boyer, Hebert, Abels & Angelle, LLC<br>401 E. Mills Ave<br>Breaux Bridge, LA 70517 | Randy P. Angelle, Christie R. Hemphill<br>Phone: 337-332-0616<br>Fax: 337-332-0633 | Litigation | Contingent, Unliquidated, Disputed | Undetermined | | Undetermined |
| 12 Joshua Buchanan<br>The Hershewe Law Firm, PC<br>431 S. Virginia Ave<br>Joplin, MO 64801 | Lauren Peterson<br>Phone: 417-782-3790<br>Fax: 471-782-8482<br>Email: lpeterson@h-law.com | Litigation | Contingent, Unliquidated, Disputed | Undetermined | | Undetermined |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims

Debtor  Weatherford International, LLC
        Name

Case number (if known) 19-____

| Name of creditor and complete mailing address, including zipcode | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name <u>Weatherford International, LLC</u>

United States Bankruptcy Court for the Southern District of Texas

Case number *(if known)*: _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐    *Schedule H: Codebtors* (Official Form 206H)

☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    *Amended Schedule* ___

☒    *Chapter 11* or *Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/01/2019          X   _____
              MM/DD/YYYY              Signature of individual on behalf of debtor

                                      Christoph Bausch
                                      Printed name

                                      Authorized Signatory
                                      Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**    Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Case No. 19-_____ |
| WEATHERFORD INTERNATIONAL, LLC | Chapter 11 |
| Debtor. | |

## STATEMENT OF CORPORATE OWNERSHIP

The following is the list of entities that directly or indirectly own 10% or more of any class of Weatherford International LLC's equity interest. This list is prepared in accordance with Fed. R. Bankr. P. 1007(a)(1) and Fed. R. Bankr. P. 7007.1 in this chapter 11 case.

| Shareholder |
|---|
| ClearBridge Investments, LLC |
| Weatherford International plc |
| Weatherford Worldwide Holdings GmbH |
| Weatherford Investment Holding LLC |
| Weatherford Holdings U.S. LLC |
| Weatherford/Lamb, Inc. |
| Weatherford U.S. Holdings, L.L.C. |

## LIST OF EQUITY SECURITY HOLDERS

The following is a list of debtor Weatherford International LLC's equity security holders. This list has been prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| Shareholder |
|---|
| Weatherford U.S. Holdings, L.L.C. |

**Fill in this information to identify the case and this filing:**

Debtor Name <u>Weatherford International, LLC</u>

United States Bankruptcy Court for the Southern District of Texas

Case number *(if known)*: _____

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐  *Schedule H: Codebtors* (Official Form 206H)
- ☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  *Amended Schedule* ___
- ☐  *Chapter 11* or *Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒  Other document that requires a declaration  <u>Corporate Ownership Statement; List of Equity Security Holders</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>07/01/2019</u>          X   _____
              MM/DD/YYYY                    Signature of individual on behalf of debtor

                                            Christoph Bausch
                                            Printed name

                                            Authorized Signatory
                                            Position or relationship to debtor

Official Form 202      **Declaration Under Penalty of Perjury for Non-Individual Debtors**      Page 1